UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 05-050 S |
| ROBERT RYAN | : | |

MOTION TO WITHDRAW

NOW comes the defendant, Robert Ryan, through counsel, and moves that this Honorable court for leave to withdraw the appearance of defense counsel, Edward C. Roy, Jr., Esquire. The grounds for this motion are that the attorney-client relationship has deteriorated to the point where Mr. Ryan is unable to communicate with Mr. Roy. Without getting into the specifics of attorney-client communications, defense counsel is at this point unable to communicate with Mr. Ryan such that it is in Mr. Ryan's best interests to have a new attorney appointed to handle this case.

ROBERT RYAN,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL DEFENDER
10 WEYBOSSET STREET, SUITE 300
PROVIDENCE, RI 02903
( 401 ) 528 - 4281

## CERTIFICATION

I hereby certify that I hand-delivered a copy of the within motion to:

James H. Leavey, AUSA
Office of the United States Attorney

Michael Perry USPO

and by regular mail to Robert Ryan, Inmate, Intake Service Center, PO Box 3249, Cranston, RI 02920 on the 5th day of August, 2005.