UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| VS. | ) | CR 05-50-01S |
| ROBERT RYAN | ) | |

FILED AUG 17 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the defendant Robert Ryan and moves this Honorable Court to Order the enlargement of time for the filing of objections to the pre-sentence report. As grounds the defendant states that due to the seriousness of this matter, the potential lengthy prison sentence the defendant is facing and the fact that counsel was assigned to handle this matter as recently as on or about August 15, 2005, additional time is needed to fully review and research the pre-sentence report prepared in this case. Therefore, the defendant is seeking an enlargement of time to September 2, 2005.

Respectfully Submitted,
by his attorney

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste 300
Providence, R.I. 02903
(401) 528-4281

I hereby certify that I caused of copy of this Motion to be delivered to AUSA Dulce Donovan on this the 17th day of August, 2005.

GRANTED

William E. Smith
U.S. District Judge
8/19/05