# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR05-50S** **September 1, 2005**

**TITLE: USA V. ROBERT RYAN**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 3:27 p.m. - 4:00 p.m.**

---

**COUNSEL PRESENT: Government - Andrew Reich, AUSA**
**Defendant - Edward C. Roy, Esquire**

**RE: Defendant's Motion to Withdraw**

**Proceedings: All counsel of record present; Defendant present; Arguments heard; Court grants defendant's Motion to Withdraw Edward Roy as Attorney; Attorney Fitzgerald to enter his appearance on behalf of Defendant; Sentencing set for Friday, October 7, 2005 at 11:30 a.m.; Objections to the PSR due September 16, 2005; Defendant remanded into custody.**