AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

USA
v.
Robert Ryan

APPEARANCE

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Ryan

9-1-05
Date

Signature

Kevin J. Fitzgerald
Print Name

10 Weybosset St
Address

Prov.
City State Zip Code

401-528-4281
Phone Number

FILED IN
OPEN COURT
9/1/05