IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR No. 05-0050 S |
| | : | |
| ROBERT RYAN | : | |

**GOVERNMENT'S MOTION TO GRANT DEFENDANT A THREE LEVEL DECREASE IN OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Andrew J. Reich, Assistant United States Attorney, hereby moves this Court to grant the defendant a three level decrease in the offense level for acceptance of responsibility, provided the Court determines the defendant's offense level to be level 16 or greater.

Respectfully submitted,

UNITED STATES OF AMERICA
By Its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ANDREW J. REICH
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2005 I caused to be sent via first class regular mail a true copy of the within Government's Motion to:

Kevin Fitzgerald, Esq.
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

[signature]