UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR 05-50-01S |
| | ) | |
| ROBERT RYAN | ) | |

---

## NOTICE OF APPEAL

NOW COMES the defendant, Robert Ryan, and notices his appeal to the United States Court of Appeals for the First Circuit of the sentence imposed in the matter on October 7, 2005.

Respectfully Submitted,
by his attorney

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste 300
Providence, R.I. 02903
(401) 528-4281

I hereby certify that I caused of copy of this Notice to be delivered to AUSA Andre Reich on this the 12th day of October, 2005.