MANDATE

05-00050
Judge Smith
USDCRI

# United States Court of Appeals
## For the First Circuit

---

No. 05-2581

UNITED STATES,

Appellee,

v.

ROBERT RYAN,

Defendant, Appellant.

---

Before

Selya, Circuit Judge,
Campbell, Senior Circuit Judge,
and Lipez, Circuit Judge.

---

JUDGMENT

Entered: May 15, 2006

Appellant, Robert Ryan, challenges both his conviction for bank robbery in violation of 18 U.S.C. § 2113(a) and his sentence of 151 months imprisonment.

As to the former, he contends that the United States District Court for the District of Rhode Island erred when it failed to determine sua sponte whether appellant's guilty plea was knowing and voluntary upon hearing his statement, several months after he had pleaded guilty, that his counsel told him that he could expect an incarcerative sentence between four and six years. We find no error. Upon hearing this statement, the district court promptly pressed appellant to elaborate on whether his counsel had done anything beyond estimating that his sentence would fall within that range. Appellant responded, "I wasn't promised anything. I wasn't. You know, but I was under the assumption, though, your Honor." The court also confirmed that appellant remembered and understood the substance of his Rule 11 colloquy, during which the court had explained to him that discussions concerning his expected